350 F.Supp.2d 1161

FORMER EMPLOYEES OF GETRONICS WANG CO., LLC Plaintiffs, v. ELAINE L. CHAO, UNITED STATES SECRETARY OF LABOR, Defendant.

Court No. 03–00529

## *JUDGMENT ORDER*

CARMAN, *Judge*: Upon consideration of the United States Department of Labor's determination in *Getronics Wang Company, LLC, Valley View, OH; Notice of Revised Determination on Remand*, 69 Fed. Reg. 20,643 (April 16, 2004), issued in response to this Court's order of March 31, 2004, *Former Employees of Getronics Wang Co., LLC v. Chao*, No.

03–00529 (Ct. Int'l Trade March 31, 2004) (order granting voluntary remand), Plaintiffs' letter to Court dated September 27, 2004, advising this Court that Plaintiffs accepted Department of Labor's remand determination and settlement documents have been signed, and all other pertinent papers, it is hereby

ORDERED that the Department of Labor's determination is affirmed; and it is further

ORDERED that all issues before the Court having been resolved, this case is dismissed.